# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Anthony George Ross,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00121-RJC |
| | ) | 5:94-cr-00005-RJC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2018 Order.

November 14, 2018

Frank G. Johns, Clerk
United States District Court